# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HARVEY WILLIAM HUGUNIN**                                              PLAINTIFF

v.                              No. 4:23-cv-987-DPM

**MACARTHUR PROPERTIES, LLC;**
**MACARTHUR PROPERTIES; and**
**BILL EATON**                                                           DEFENDANTS

## ORDER

This case is closely related to other cases recently filed in the Eastern District of Arkansas, *Hugunin v. MacArthur Properties, LLC*, Case No. 4:23-cv-776-BRW (E.D. Ark. 23 August 2023) and *Hugunin v. MacArthur Properties, LLC*, Case No. 4:23-cv-862-BRW (E.D. Ark. 18 September 2023). In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to immediately transfer this case to United States District Judge Billy Roy Wilson, Jr by chip exchange.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 October 2023